# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Demian T. Schatz                                          Docket No. 5:13-MJ-1703-1

### Petition for Action on Conditions of Pretrial Release

   COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Demian T. Schatz, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of October, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

   On October 22, 2016, the defendant drove without a valid North Carolina Driver's License and was charged in Johnston County, North Carolina, with Driving While License Revoked and Fictitious Tags. The charges are pending in Johnston County District Court. In addition, Mr. Schatz has admitted to an addiction to heroin and cocaine and in fact, tested positive for the substances on October 4, 2016, the day he was placed on pretrial supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include substance abuse treatment and mental health treatment, so that the probation office may assist Mr. Schatz with his drug problem and depression issues. The defendant has agreed to this modification. The probation office has already verbally reprimanded the defendant for the new driving charge.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing
                                                 is true and correct.

/s/Jeffrey L. Keller                             /s/Erica W. Foy
Jeffrey L. Keller                                Erica W. Foy
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 310 New Bern Avenue, Room 610
                                                 Raleigh, NC 27601-1441
                                                 Phone: 919-861-8665
                                                 Executed On: October 31, 2016

### ORDER OF THE COURT

Considered and ordered on October 31, 2016 . It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge